**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BRAD GRAVES**                                                                                                          **PLAINTIFF**

V.                              **CASE NO.  4:07CV00639 BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                                                   **DEFENDANT**

**JUDGMENT**

In accordance with the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE